UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHLOE LUCERO,

           Plaintiff,

  v.

UNITED STATES OF AMERICA,

           Defendant.

CASE NO. 2:21-cv-00683-RAJ-BAT

**ORDER DENYING MOTION FOR THE APPOINTMENT OF COUNSEL**

On September 23, 2021, the Court ordered Plaintiff to file an Amended Complaint and denied various motions, including Plaintiff's motion for counsel. Dkt. 18. In a letter dated September 27, 2021, Plaintiff again requests the appointment of counsel for a variety of reasons outside of the complaint which Plaintiff has been ordered to amend. Dkt. 20. As previously explained, there is no right to counsel in a civil action absent exceptional circumstances, which cannot be determined in this case as Plaintiff has yet to file a viable complaint.

Accordingly, Plaintiff's motion for counsel (Dkt. 20) is **DENIED**. Plaintiff is reminded that if she wishes to proceed in this case, an amended complaint must be filed no later than **October 8, 2021** so that this Court may determine whether jurisdiction is appropriate and whether Plaintiff has stated a legal claim.

DATED this 4th day of October, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge